POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Thomas P. Riley (SBN 194706)
Law Offices of Thomas P. Riley, P.C.
First Library Square 1114 Fremont AvenueSouth Pasadena, CA 91030
TELEPHONE NO.: (626) 799-9797 | FAX NO. (626) 799-9795 | E-MAIL ADDRESS TPRLAW@att.net
ATTORNEY FOR *(Name):* Plaintiff: Innovative Sports Management, Inc., d/b/a Integrated Sports Media

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT, FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 411 West 4th Street
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: Innovative Sports Management, Inc., d/b/a Integrated Sports Media
DEFENDANT/RESPONDENT: Candelaria Torres, individually and d/b/a Peruvian Restaurant Route 66

CASE NUMBER: 5:26-cv-03107-TJH (KSx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2608236GG

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL MINUTES GENERAL**
3. a. Party served *(specify name of party as shown on documents served):*
   **Candelaria Torres**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served: **15395 Foothill Boulevard**
   **Fontana, CA 92335**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **7/17/2026** at *(time):* **2:10 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Mayra "Doe", Assistant**
   **Age: 30 yrs | Weight: 150 lbs | Hair: Black | Sex: Female | Height: 5'5" | Eyes: Brown | Race: Hispanic**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* **7/20/2026** from *(city):* **Los Angeles, CA** **or** ☐ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **FRCP 4(e)(2)(B)**

7. **Person who served papers**
a. Name: **Monica Morera - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 98.60**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☑ employee ☐ independent contractor.
(ii) Registration No.: **PS-002422**
(iii) County: **RIVERSIDE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/27/2026**

**Monica Morera**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Monica Morera
(Signature - Per CC §1633.7)

# DECLARATION OF DUE-DILIGENCE

CASE NAME: **Innovative Sports Management, Inc., d/b/a Integrated Sports Media**
v.
**Candelaria Torres, individually and d/b/a Peruvian Restaurant Route 66**

CASE NUMBER: **5:26-cv-03107-TJH (KSx)**

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on July 2, 2026 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named: **Summons; Complaint; CIVIL COVER SHEET;CERTIFICATION AS TO INTERESTED PARTIES;NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;CIVIL MINUTES GENERAL**

Name: **Candelaria Torres**

1st Address: **15395 Foothill Boulevard**
**Fontana, CA 92335**

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
|---|---|---|---|
| 7/7/2026 | 9:30 AM | Monica Morera | I arrived at the address given for service of process. The address corresponds to a business. Upon arrival, I observed that the business was closed. The posted business hours were 11:00 a.m. to 8:00 p.m. |
| 7/14/2026 | 3:31 PM | Monica Morera | I arrived at the address given for service of process. Upon arrival, I made contact with the manager, Lupe G. Lupe stated that Mrs. Torres rarely comes to the business during the weekdays and is usually present on weekends. |
| 7/17/2026 | 2:10 PM | Monica Morera | I arrived at the address given for service of process. I made contact with Mayra "Doe" the assistant. As such I was able to substitute serve Mayra "Doe" (Hispanic, Female, 30 yrs, 5'5", 150 lbs, Brown eyes, Black hair) Assistant, on behalf of Candelaria Torres, individually and d/b/a Peruvian Restaurant Route 66 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2026 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
(213) 623-3979

Monica Morera

**Monica Morera**



Order#: 2608236/POS5